*190129*

*rerg 6/8/10*

*KLH*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   TAYLOR, Gregory John & Rhonda Lee

Chapter 7 Case No.      09-47424 - NCD

Please Check One:

___ Unclaimed Dividends

_X___ Distribution Less than $5

RECEIVED
10 JUN -8  AM 9:44
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 5 | $ 487.09 | $ 4.35 |
| FIA CARD SERVICES NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | 7 | $ 297.49 | $ 2.66 |
| Total: | | | $ 7.01 |

Date:   06/07/2010

J. Richard Stermer,   Trustee